UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------

UNITED STATES OF AMERICA,

                              Plaintiff,

            -against-

       Gary Krentz

                          Defendant.

Case No.: 21 MAG 4642 (MRG)

**ORDER OF DISMISSAL**

--------------------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:      26 day of August , 20 21
             Poughkeepsie, New York